1

2

3

4 **UNITED STATES DISTRICT COURT**

5 **NORTHERN DISTRICT OF CALIFORNIA**

6 **SAN JOSE DIVISION**

7

| | |
|---|---|
| 8 JUAN M. RODRIGUEZ BELTRAN, et al., | Case No.  15-cv-04981-BLF |
| Plaintiffs, | |
| 9 v. | **ORDER APPOINTING PYRAMID HOLDINGS, INC. AS INTERIM LEAD PLAINTIFF; AND APPOINTING ABRAHAM, FRUCHTER & TWERSKY, LLP AS INTERIM LEAD COUNSEL** |
| 10 TERRAFORM GLOBAL, INC., et al., | |
| 11 | |
| Defendants. | |
| 12 ------------------------------------------------------- | |
| PYRAMID HOLDINGS, INC., | Case No. 15-cv-05068-BLF |
| 13 Plaintiff, | |
| 14 v. | |
| 15 TERRAFORM GLOBAL, INC., et al., | |
| 16 Defendants. | |
| 17 ------------------------------------------------------- | |
| OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM, | Case No. 16-cv-02267-BLF |
| 18 | |
| 19 Plaintiff, | |
| 20 v. | |
| 21 SUNEDISON, INC., et al., | |
| 22 Defendants. | |
| 23 ------------------------------------------------------- | |
| ANTON S. BADRI, | Case No. 16-cv-02269-BLF |
| 24 Plaintiff, | |
| 25 v. | |
| 26 TERRAFORM GLOBAL, INC., et al., | |
| 27 Defendants. | |

28

United States District Court
Northern District of California

United States District Court
Northern District of California

| | |
|---|---|
| 1 | IRON WORKERS MID-SOUTH PENSION FUND, | Case No. 16-cv-02270-BLF |

IRON WORKERS MID-SOUTH PENSION FUND,

              Plaintiff,

      v.

TERRAFORM GLOBAL, INC., et al.,

              Defendants.

Case No. 16-cv-02270-BLF

-------------------------------------------------------

MITESH PATEL,

              Plaintiff,

      v.

TERRAFORM GLOBAL, INC., et al.,

              Defendants.

Case No. 16-cv-02272-BLF

-------------------------------------------------------

SIMON FRASER,

              Plaintiff,

      v.

TERRAFORM GLOBAL, INC., et al.,

              Defendants.

Case No. 16-cv-02273-BLF

 

The Furia Investment Fund and Pyramid Holdings, Inc. filed motions seeking appointment as Lead Plaintiff, and appointment of their attorneys as Lead Counsel, in these related cases. Furia withdrew its motion on June 1, 2016. Although Pyramid now is the only applicant for Lead Plaintiff, the Court concludes that it would be premature to grant Pyramid's motion and order the filing of a consolidated complaint at this time given the pendency of motions to remand and/or motions to transfer in each of the related cases.

Accordingly, the Court hereby APPOINTS Pyramid as Interim Lead Plaintiff, and APPOINTS Pyramid's attorneys, Abraham, Fruchter & Twersky, LLP, as Interim Lead Counsel, pending disposition of the pending motions to remand and motions to transfer.

Pyramid's Lead Plaintiff/ Lead Counsel motions (ECF 28 in *Beltran*, ECF 6 in *Pyramid*) are hereby TERMINATED. Pyramid may seek permanent appointment of Lead Plaintiff and Lead

1   Counsel, if appropriate, following disposition of the pending motions to remand and motions to

2   transfer.

3           **IT IS SO ORDERED.**

4

5   Dated:  June 2, 2016

6                                                                       BETH LABSON FREEMAN
                                                                        United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

3