1  Michael Bongiorno (Admitted *Pro Hac Vice*)
   Timothy Perla (Admitted *Pro Hac Vice*)
2  WILMER CUTLER PICKERING
   HALE AND DORR LLP
3  60 State Street
4  Boston, MA 02109
   Telephone: (617) 526-6000
5  Facsimile: (617) 526-5000
   Michael.Bongiorno@wilmerhale.com
6  Timothy.Perla@wilmerhale.com

7  Jie (Lisa) Li (State Bar No. 260474)
8  WILMER CUTLER PICKERING
   HALE AND DORR LLP
9  950 Page Mill Road
   Palo Alto, CA 94304
10 Telephone: (650) 858-6000
   Facsimile: (650) 858-6100
11 Lisa.Li@wilmerhale.com

12 *Attorneys for Defendants TerraForm Global, Inc. and Peter Blackmore*
13
14 [Additional counsel listed on signature page]

15                UNITED STATES DISTRICT COURT
16                NORTHERN DISTRICT OF CALIFORNIA
17                         SAN JOSE DIVISION

| | |
|---|---|
| 18  OKLAHOMA FIREFIGHTERS PENSION AND RETIREMENT SYSTEM, | Related Case No. 5:16-cv-02267-BLF |
| 19 | |
| 20                  Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| 21       vs. | |
| 22  SUNEDISON, INC., et al., | Judge: Hon. Beth Labson Freeman |
| 23                  Defendants. | |

24
25 [Caption continued on following page.]
26
27
28

STIPULATION AND [PROPOSED] ORDER TO CASE MANAGEMENT CONFERENCE
Case Nos. 5:16-cv-02267-BLF; 5:16-cv-02269-BLF; 5:16-cv-02270-BLF; 5:16-cv-02272-BLF; 5:16-cv-02273-BLF-NMC

| | |
|---|---|
| 1  ANTON S. BADRI, Individually and on Behalf of Others Similarly Situated, | Related Case No. 5:16-cv-02269-BLF |
| 2 | |
| 3              Plaintiff, | |
| 4       vs. | |
| 5  TERRAFORM GLOBAL, INC., et al., | |
| 6              Defendants. | |
| 7  IRON WORKERS MID-SOUTH PENSION FUND, Individually and on Behalf of Others Similarly Situated, | Related Case No. 5:16-cv-02270-BLF |
| 8 | |
| 9              Plaintiff, | |
| 10 | |
| 11       vs. | |
| 12  TERRAFORM GLOBAL, INC., et al., Defendants. | |
| 13 | |
| 14  MITESH PATEL, Individually and on Behalf of Others Similarly Situated, | Related Case No. 5:16-cv-02272-BLF |
| 15              Plaintiff, | |
| 16       vs. | |
| 17  TERRAFORM GLOBAL, INC., et al., | |
| 18              Defendants. | |
| 19 | |
| 20  SIMON FRASER, Individually and on Behalf of Others Similarly Situated, | Related Case No. 5:16-cv-02273-BLF-NMC |
| 21              Plaintiff, | |
| 22 | |
| 23       vs. | |
| 24  Brian Wuebbels, et al., | |
| 25              Defendants. | |

26

27

28

STIPULATION AND [PROPOSED] ORDER TO CASE MANAGEMENT CONFERENCE
Case Nos. 5:16-cv-02267-BLF; 5:16-cv-02269-BLF; 5:16-cv-02270-BLF; 5:16-cv-02272-BLF; 5:16-cv-02273-BLF-NMC

1   Pursuant to Civil Local Rules 6-2(a) and 7-12, the parties, by and through their respective
2   undersigned counsel of record, submit the following stipulation and proposed order:
3   WHEREAS, on April 26, 2016, defendants removed, *inter alia*, the following actions from
4   the Superior Court of California, San Mateo County to federal court: *Fraser v. Wuebbels et al.*
5   ("*Fraser*"); *Iron Workers Mid-South Pension Fund v. TerraForm Global, Inc. et al.* ("*Iron*
6   *Workers*"); *Badri v. TerraForm Global, Inc. et al.* ("*Badri*"); *Patel v. TerraForm Global, Inc. et al.*
7   ("*Patel*"); *Oklahoma Firefighters Pension and Retirement System v. SunEdison, Inc. et al.*
8   ("*Oklahoma Firefighters*") (collectively, the "Removed Actions");
9   WHEREAS, on May 10, 2016, the Court related the Removed Actions to *Beltran v.*
10  *Terraform Global, Inc.*, Case 5:15-cv-04981-BLF ("*Beltran*") [*Beltran* Dkt. 115];
11  WHEREAS, on May 26 and 27, 2016, Plaintiffs moved to remand the Removed Actions
12  [*Fraser* Dkt. 23; *Badri* Dkt. 30; *Oklahoma Firefighters* Dkt. 39-40; *Iron Workers* Dkt. 25-26; *Patel*
13  Dkt. 27];
14  WHEREAS, on June 1, 2016, Defendants moved to transfer the Removed Actions to the
15  Southern District of New York [*Fraser* Dkt. 24-25; *Iron Workers* Dkt. 27-28; *Badri* Dkt. 31-32;
16  *Patel* Dkt. 28-29; *Oklahoma Firefighters* Dkt. 41, 43];
17  WHEREAS, Plaintiffs' motions to remand and Defendants' motions to transfer are scheduled
18  to be heard on October 6, 2016;
19  WHEREAS, on June 14, 2016, the Court entered an Order granting the parties' Joint
20  Stipulated Request to File Excess Pages and Extend Briefing Schedule, which provided that
21  oppositions to the remand and transfer motions would be filed on July 14, 2016, and reply briefs in
22  support of the motions would be filed on August 4, 2016;
23  WHEREAS, the upcoming Initial Case Management Conference ("CMC") and associated
24  ADR deadlines in the Removed Actions are as currently set as follows:

25
| **CASE SCHEDULE – ADR MULTI-OPTION PROGRAM** | | |
| --- | --- | --- |
| **Date** | **Event** | **Governing Rule** |
| 7/14/2016 | Last day to: | FRCivP 26(f) & ADR L.R. 3-5 |

28
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE   - 1 -
Related Case Nos. 5:16-cv-02267-BLF, 5:16-cv-02269-BLF, 5:16-cv-02270-BLF, 5:16-cv-02272-BLF,
and 5:16-cv-02273-BLF-PSG

| | | |
|---|---|---|
| | • meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | |
| | • file ADR Certification signed by Parties and Counsel | Civil L.R. 16-8(b) & ADR L.R. 3-5(b) |
| | • file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | Civil L.R. 16-8(c) & ADR L.R. 3-5(b) |
| 7/28/2016 | Last day to file Rule 26(f) Report, complete initial disclosure or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement | FRCivP 26(a)(1) & Civil L.R. 16-9 |
| 8/4/2016 | INITIAL CASE MANAGEMENT CONFERENCE at 11:00 a.m. in:<br><br>Courtroom 3, 5th Floor<br>San Jose | Civil L.R. 16-10 |

WHEREAS, in the interests of efficiency and comity, the parties believe that it would be prudent to continue the CMC and related deadlines currently scheduled in Removed Actions until after the parties have finished briefing and the Court has resolved the jurisdiction and venue questions presented in the competing motions to remand and transfer;

NOW, THEREFORE, the parties hereby STIPULATE and AGREE as follows:

1. The CMC currently scheduled before the Court on August 4, 2016, at 11:00 a.m. in the Removed Actions, along with any associated deadlines under the Federal Rules of Civil Procedure and Local Rules (including ADR deadlines), shall be continued until after the Court rules on the motions to remand and transfer; and

2. In the event the Removed Actions remain before the Court after it rules on the motions to remand and transfer, the Parties shall, if necessary, assist the Court by timely requesting that a new CMC be scheduled in the Removed Actions.

1  Dated: July 12, 2016                    Respectfully Submitted,

2

3                                            By:    */s/ Timothy Perla*
                                                    Timothy Perla (admitted *pro hac vice*)
4                                                   Michael Bongiorno (admitted *pro hac vice*)
                                                    WILMER CUTLER PICKERING
5                                                   HALE AND DORR LLP
                                                    60 State Street
6                                                   Boston, Massachusetts 02109
                                                    Telephone: (617) 526-6000
7                                                   Facsimile (617) 526-5000
                                                    Timothy.Perla@wilmerhale.com
8                                                   Michael.Bongiorno@wilmerhale.com

9
                                                    Jie (Lisa) Li, SBN 260474
10                                                  WILMER CUTLER PICKERING
                                                    HALE AND DORR LLP
11                                                  950 Page Mill Road
                                                    Palo Alto, California 94304
12                                                  Telephone: (650) 858-6000
                                                    Facsimile (650) 858-6100
13                                                  Lisa.Li@wilmerhale.com

14
                                                    *Attorneys for TerraForm Global, Inc., and*
15                                                  *Peter Blackmore*

16
                                             By:   */s/ Jaime A. Bartlett*
17                                                  Jaime A. Bartlett, SBN 251825
                                                    SIDLEY AUSTIN LLP
18                                                  555 California Street, Suite 2000
                                                    San Francisco, California 94104
19                                                  Telephone: (415) 772-1200
                                                    Facsimile: (415) 772-7400
20                                                  jbartlett@sidley.com

21
                                                    *Attorneys for SunEdison, Inc., Ahmad Chatila,*
22                                                  *Brian Wuebbels, Martin Truong, Jeremy*
                                                    *Avenier, Emmanuel Hernandez, Antonio R.*
23                                                  *Alvarez, Clayton Daley, Jr., Georganne*
                                                    *Proctor, Steven Tesoriere, James B. Williams,*
24                                                  *and Randy H. Zwirn*

25
                                             By:   */s/ Daniel H. Bookin*
26                                                  Daniel H. Bookin, SBN 78996
                                                    O'MELVENY & MYERS LLP
27                                                  Two Embarcadero Center, 28th Floor

28
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE    - 3 -
Related Case Nos. 5:16-cv-02267-BLF, 5:16-cv-02269-BLF, 5:16-cv-02270-BLF, 5:16-cv-02272-BLF,
and 5:16-cv-02273-BLF-PSG

|   |   |
|---|---|
| 1 | San Francisco, CA 94111 |
| 2 | Telephone: (415) 984-8700 |
|   | Facsimile: (415) 984-8701 |
| 3 | dbookin@omm.com |

*Attorneys for Alejandro Hernandez*

By:  */s/ Patrick D. Robbins*
Patrick D. Robbins, SBN 152288
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, CA  94105
Telephone:  (415) 616-1210
Facsimile:   (415) 616-1199
probbins@shearman.com

Adam S. Hakki (*pro hac vice* app. to be submitted)
Daniel C. Lewis (*pro hac vice* app. to be submitted)
SHEARMAN & STERLING LLP
599 Lexington Avenue

New York, NY 10022-6069
Telephone:  (212) 848-4000
Facsimile:   (646) 848-4924
ahakki@shearman.com
daniel.lewis@shearman.com

*Attorneys for Underwriters*

By: */s/ Ismail Ramsey*
Ismail Ramsey (SBN 189820)
Katharine Kates (SBN 155534)
RAMSEY & ELRICH LLP
803 Hearst Avenue
Berkeley, California  94710
Telephone:  (510) 548-3600
Facsimile:  (510) 291-3060
izzy@ramsey-ehrlich.com
katharine@ ramsey-ehrlich.com

Kevin J. O'Connor (Admitted *Pro Hac Vice*)
HINCKLEY ALLEN
28 State Street
Boston, MA 02109-1775
Tel:  (617) 378-4190

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE    - 4 -
Related Case Nos. 5:16-cv-02267-BLF, 5:16-cv-02269-BLF, 5:16-cv-02270-BLF, 5:16-cv-02272-BLF, and 5:16-cv-02273-BLF-PSG


```
                    Fax:  (617) 378-4191
                    koconnor@hinkleyallen.com

                    Attorneys for Carlos Domenech Zornoza

              By:   /s/ Francis A. Bottini, Jr.
                    Francis A. Bottini, Jr., SBN 175783
                    BOTTINI & BOTTINI, INC.
                    7817 Ivanhoe Avenue, Suite 102
                    La Jolla, CA 92037
                    Telephone:  (858) 914-2001
                    Facsimile:  (858) 914-2002
                    fbottini@bottinilaw.com

                    Attorneys for Plaintiff Anton S. Badri

              By:   /s/ Ex Kano Sams II
                    Ex Kano Sams II, SBN 192936
                    Lionel Z. Glancy, SBN 134180
                    Robert V. Prongay, SBN 270796
                    Lesley F. Portnoy, SBN 304851
                    GLANCY PRONGAY & MURRAY LLP
                    1925 Century Park East, Suite 2100
                    Los Angeles, CA 90067
                    Telephone: (310) 201-9150
                    Facsimile: (310) 210-9160
                    esams@glancylaw.com

                    J. Brandon Walker
                    BRAGAR EAGEL & SQUIRE P.C.
                    885 Third Avenue, Suite 3040
                    New York, NY 10022
                    Telephone: (212) 308-5858
                    Facsimile: (212) 486-0462

                    Attorneys for Plaintiff Simon Fraser

              By:   /s/ Laurence M. Rosen
                    Laurence M. Rosen, SBN 219683
                    THE ROSEN LAW FIRM, P.A.
                    355 South Grand Avenue, Suite 2450
                    Los Angeles, CA 90071
                    Telephone: (213) 785-2610
                    Facsimile: (213) 226-4684
                    lrosen@rosenlegal.com

                    Attorneys for Plaintiff Mitesh Patel
```

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
Related Case Nos. 5:16-cv-02267-BLF, 5:16-cv-02269-BLF, 5:16-cv-02270-BLF, 5:16-cv-02272-BLF, and 5:16-cv-02273-BLF-PSG

- 5 -

|   |   |   |
|---|---|---|
| By: | */s/ Jennifer N. Caringal* | |

            Jennifer N. Caringal, SBN 286197
            Darren J. Robbins, SBN 168593
            James I. Jaconette, SBN 179565
            Scott H. Saham, SBN 188355
            ROBBINS GELLER RUDMAN & DOWD LLP
            655 West Broadway, Suite 1900
            San Diego, CA 92101
            Telephone:  (619) 231-1058
            Facsimilie:  (619) 231-7423

            Dennis J. Herman, SBN 220163
            David W. Hall, SBN 274921
            ROBBINS GELLER RUDMAN & DOWD LLP
            Post Montgomery Center
            One Montgomery Street, Suite 1800
            San Francisco, CA 94104
            Telephone:  (415) 288-4545
            Facsimilie:  (415) 288-4534

            *Attorneys for Plaintiff Oklahoma Firefighters Pension and Retirement System*

By:   */s/ Jay N. Razzouk*
            Jay N. Razzouk, SBN 258511
            ROBBINS ARROYO LLP
            600 B Street, Suite 1900
            San Diego, CA 92101
            Telephone: (619) 525-3990
            Facsimile: (619) 525-3991
            jrazzouk@robbinsarroyo.com

            *Attorneys for Plaintiff Iron Workers Mid-South Pension Fund*

---

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE - 6 -
Related Case Nos. 5:16-cv-02267-BLF, 5:16-cv-02269-BLF, 5:16-cv-02270-BLF, 5:16-cv-02272-BLF, and 5:16-cv-02273-BLF-PSG

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2  Dated: _____

3                                                          _/s/ Beth Labson Freeman_____

4                                                          Honorable Beth Labson Freeman
                                                              UNITED STATES DISTRICT JUDGE

28 STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
Related Case Nos. 5:16-cv-02267-BLF, 5:16-cv-02269-BLF, 5:16-cv-02270-BLF, 5:16-cv-02272-BLF, and 5:16-cv-02273-BLF-PSG

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order to Continue Case Management Conference. In compliance with Local Rule 5-1(i)(3), I hereby attest that the other signatories have concurred in this filing.

DATED: July 12, 2016

*/s/ Timothy Perla*
Timothy Perla (Admitted *Pro Hac Vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
Timothy.Perla@wilmerhale.com